UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHANEL RENEE RICE** | : | CIVIL A. NO. 3:17-cv-00447-JCH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **FRANK C. COSTANZO,** *in his individual* | : | |
| *and official capacity*, **and** | : | |
| **VAL-JEAN BELTON,** *in her individual* | : | |
| *and official capacity* | : | |
| Defendants. | : | SEPTEMBER 15, 2017 |

### NOTICE REGARDING PARTIES' JOINT STATUS REPORT

Defendant Frank Costanzo wishes to note for the record that it was the plaintiff Ms. Rice who on June 9, 2017 initially stated that she was interested in discussing settlement. He responded to this inquiry via counsel, but received no response. He has no other changes or comments on the Parties' Joint Status Report.

                                                      Respectfully submitted,

                                                      DEFENDANT
                                                      FRANK COSTANZO

                                                      /s/ *Jeffrey S. Bagnell*
                                                      Jeffrey S. Bagnell
                                                      Federal Bar No. CT18983
                                                      jbagnell@bagnell-law.com
                                                      Westport, Connecticut 06880
                                                      (203) 984-8820
                                                      (203) 227-8402 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Jeffrey S. Bagnell
Jeffrey S. Bagnell