UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHANEL RENEE RICE** | : | CIVIL A. NO. 3:17-cv-00447-DJS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **NEW HAVEN BOARD OF EDUCATION,** | : | |
| **FRANK C. COSTANZO,** *in his individual* | : | |
| *and official capacity*, **and** | : | |
| **VAL-JEAN BELTON,** *in her individual* | : | |
| *and official capacity* | : | |
| Defendants. | : | NOVEMBER 5, 2018 |

## MOTION FOR EXTENSION OF TIME

Plaintiff Chanel Renee Rice ("plaintiff") respectfully moves this Court for an extension of its Order dated October 4, 2018 (Doc. 62). The Court ordered that plaintiff may move to reopen her case on or before today's date, the matter having been reported settled. The parties had some disagreements in finalizing the settlement papers and just conferenced with Judge Richardson on those issues today. Although undersigned counsel believes the settlement agreement will be executed in short order following that conference, out of an abundance of caution, plaintiff asks that the Court amend its order to permit plaintiff to move to reopen the case on or before November 21, 2018 before the matter is dismissed without prejudice.

WHEREFORE, plaintiff moves for an extension of time, up to and including November 21, 2018, during which she may move to reopen the case before it is dismissed with prejudice.

                                        **PLAINTIFF,**
                                        **CHANEL RENEE RICE**

By:   /s/ Emily A. Gianquinto
        Emily A. Gianquinto (ct27846)
        EAG Law LLC
        437 Naubuc Avenue, Suite 107
        Glastonbury, CT 06033
        Tel: (860) 785-0545
        Fax: (860) 838-9027
        emily@eaglawllc.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 5th day of November 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            /s/ Emily A. Gianquinto
                                                            Emily A. Gianquinto